1  PAMELA TSAO (SBN: 266734)
   ASCENSION LAW GROUP
2  12341 Newport Ave.
   Suite B200
3  North Tustin, CA 92705
   PH: 714.783.4220
4  FAX: 888.505.1033
   Pamela.Tsao@ascensionlawgroup.com
5
   Attorneys for Plaintiff  JOHN HO
6

7

8              **UNITED STATES DISTRICT COURT**

9              **CENTRAL DISTRICT OF CALIFORNIA**

10

11 | JOHN HO, an individual,                | ) | Case No.: 2:22-cv-08291-DSF-KS
12 |         Plaintiff,                     | ) | **NOTICE OF CONDITIONAL**
13 |         vs.                            | ) | **SETTLEMENT**
14 | NORTH COAST BUSINESS PARK I            | )
   | OWNERS' ASSOCIATION, INC., a           | )
15 | California corporation                 | )
16 |         Defendants.                    | )

**TO THE COURT AND ALL PARTIES TO THIS ACTION:**

In accordance with Local Rule 40-2, Plaintiff hereby submits the Notice of Settlement to notify the Court that the above entitled action has been settled. The Parties have agreed to a settlement in principle but have not yet reduced the material terms into writing. Plaintiff will file a dismissal within 60 days. The court shall retain jurisdiction over the parties to enforce the terms of the settlement.

ASCENSION LAW GROUP, PC

DATE: March 14, 2023

_____/s/ Pamela Tsao_____

Pamela Tsao, attorney for Plaintiff

John Ho

NOTICE OF CONDITIONAL SETTLEMENT
2:22-CV-08291-DSF-KS